United States District Court

Eastern District of New York

NOTICE OF

RELATED CASE

The Civil Cover Sheet filed in civil action

20 cv 510

1) Indicated that this case is related to the following case(s):

20CV473

20CV474

-OR-

2) the case was directly assigned to Judge _____ and Magistrate Judge _____ as a Pro Se or Habeas case related to ____ CR/CV _____