

# LaRusso, Conway & Bartling
### ATTORNEYS AT LAW

February 3, 2020

Hon. Brian M. Cogan
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>United States v. Jon Kahen</u>
          <u>Civil Docket No. CV-20-0474(BMC)</u>

Dear Judge Cogan:

    We respectfully submit this letter in connection with the Temporary Restraining Order ("TRO" issued by the Court on January 28, 2020. Pursuant to the terms of the TRO the defendant was directed to provide copies of the TRO and Order to Show Cause to all of their customers for whom they provide (1) United States call termination services; (2) United States direct-inward services, or (3) United States toll-free origination services and to all entities with whom the defendants have a contractual relationship for automated or least-cost routing and from who defendants acquire dial-inward dial numbers and or toll-free numbers. Also enclosed herein, is an Excel Spreadsheet chart listing the customer, their address, their customer database and the date of said notification. Additionally, the underlying individual emails to each customer on the spreadsheet is being sent direct to the Government and the Court to protect the privacy of the information.

                                      Respectfully Submitted,

                                      Joseph R. Conway, Esq.

cc: AUSA Bonni Perlin

300 Old Country Road      Telephone (516) 248-3520
Suite 341      Facsimile (516) 248-3522
Mineola, New York 11501      www.larussoandconway.com