AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:20-cv-474 (BMC) |
| Jon Kahen, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 02/04/2020

Charles B. Dunn
*Attorney's signature*

Charles B. Dunn
*Printed name and bar number*

U.S. Department of Justice
Consumer Protection Branch
P.O. Box 386, Washington, D.C. 20044

*Address*

charles.b.dunn@usdoj.gov
*E-mail address*

(202) 307-0066
*Telephone number*

(202) 514-8742
*FAX number*