

## LaRusso, Conway & Bartling
### ATTORNEYS AT LAW

February 6, 2020

**Filed ECF**

Honorable Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States of America v. Jon Kahen, et al.
     Criminal Docket No. CV-20-00474(BMC)

Dear Judge Cogan:

This office represents Defendants Jon Kahen, Global Voicecom, Inc. and Global Telecommunications, Inc., in the above-referenced action. I am writing with the approval of my clients and the Plaintiff United States to update the Court on the status of this action to request an adjournment of the scheduled preliminary injunction hearing along with an extension of the *ex parte* TRO (on consent) for the reasons that follow:

The parties have been engaged in negotiations, including settlement discussions and other discussions geared towards reducing potential motion practice, and wish to direct their near-term resources and efforts to these matters rather than a hearing and briefing that may prove entirely unnecessary.

A preliminary injunction hearing is presently scheduled for February 11, 2020 with briefing due on February 7, 2020. With the consent of the Plaintiff, I submit this letter as a request that the Court adjourn the currently scheduled dates as follows:

1. The scheduled preliminary injunction hearing be rescheduled to March 3, 2020 in Brooklyn, NY or a date thereafter to be selected by the Court;

2. Defendants shall file and serve their opposition papers to the pending preliminary injunction motion on or before 5:00 p.m. five days prior to the rescheduled preliminary injunction hearing.

3. Plaintiff United States shall file and serve its reply papers (if any) in further support of the preliminary injunction motion on or before 5:00 p.m. two days prior to the rescheduled preliminary injunction hearing.

300 Old Country Road                Telephone (516) 248-3520
Suite 341                    Facsimile (516) 248-3522
Mineola, New York 11501           www.larussoandconway.com

4.  The *ex parte* Temporary Restraining Order granted by the Court on January 28, 2020
    (ECF #7) shall remain in place pending the Court's ruling on Plaintiff's preliminary
    injunction application, with all parties' claims and defenses preserved.

5.  The date to move or respond to the Complaint or other operative pleading shall be
    extended by 30 days.

For the Court's convenience, a proposed Order is submitted with this letter.  We thank the court
in advance for its consideration of this request.

Respectfully submitted,

Joseph R. Conway

cc:     Counsel of Record

UNITED STATES DITRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

United States of America,

               Plaintiff

   - against -

Jon Kahen, Global Voicecom, Inc. and
Global Telecommunications, Inc.,

               Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

                                        Case No. 20-00474(BMC)

                                        **[PROPOSED] ORDER**

Plaintiff and Defendant John Kahen, having advised the Court by letter of the status of

the within action and the continuation of the Temporary Restraining Order on consent, for good

cause shown, including allowing the parties the opportunity to engage in settlement discussions

and other discussions geared towards reducing potential motion practice, to allow counsel time to

better familiarize itself with the facts and circumstances of this matter,

      It is hereby **ORDERED** as follows:

      1.      The time for Defendants to file and serve their opposition papers to the pending preliminary injunction motion is extended from February 7, 2020 until 5:00 p.m. on February 26, 2020;

      2.      Plaintiff shall file and serve its reply papers, if any, on or before 5:00 pm on February 28, 2020;

      3.      The preliminary injunction hearing shall be rescheduled to March 3, 2020 at 2:00 PM.

      4.      The Temporary Restraining Order granted by the Court on January 28, 2020 (ECF #7) shall remain in place pending the Court's ruling on Plaintiff 's preliminary injunction application, with all parties' claims and defenses preserved.

5.      Defendants shall move, answer or otherwise respond to the Complaint by
_____, 2020.

**SO ORDERED:**


_____
U.S.D.J.

Dated: February _____, 2020