# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED ON: 1/28/2020   INDEX NO.: CV20-00474

UNITED STATES OF AMERICA

Plaintiff(s)-Petitioner(s)

-vs-

JON KAHEN, a/k/a JON KAEN, GLOBAL VOICECOM, INC., GLOBAL TELECOMMUNICATION SERVICES INC., and KAT TELECOM, INC.

Defendant(s)-Respondent(s)

STATE OF NEW YORK  }
COUNTY OF SARATOGA  ss.}

I, Samuel McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding and resides in the State of New York.

On JANUARY 31, 2020 at 11:30 A.M.
Deponent served a true copy of SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, PROPOSED TRO AND OTSC, RULE 65 CERTIFICATION, DECLARATION OF SEAN FAGAN WITH AUDIO CD EXHIBIT, DECLARATION OF ASHLEA BOWENS, MAGISTRATE JUDGE CONSENT FORM, ISSUED TRO AND OTSC

bearing index number: CV20-00474   and date of filing: 1/28/2020
upon KAT TELECOM, INC.
at address: SECRETARY OF STATE, 99 WASHINGTON AVENUE
city and state: ALBANY, NY 12210

## MANNER OF SERVICE}

*Personal*
☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*
☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*
☒ By delivering and leaving 2 copies with} NANCY DOUGHERTY, BUSINESS DOCUMENT SPECIALIST
the agent for service on the person in this proceeding designated under 306 BCL  . Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*
☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on          . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by__first class mail__certified mail__registered mail__return receipt requested.
Certified/Registered mail #

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE           Race/Skin Color: WHITE        Hair Color: BLACK
Approximate Age: 60  years  Approximate Height: 5'4"   Approximate Weight: 130  pounds
Other:

Subscribed and sworn before me on} JANUARY 31, 2020

Notary Public, State of New York
Karen E. Rock
Qualified in Schenectady County
Number 01R06065213
Expires: October 9, 2021

NLS #: 213931

Samuel McClosky
Deponent

FIRM FILE # 2003062

Affidavit #: 20-1533